Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR15-53RAJ |
| Plaintiff, ) | |
| vs. ) | ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| DESHAWN ALONZO BROOKS, ) | |
| Defendant. ) | |

THIS MATTER has come before the Court on Defendant's motion to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Defendant's Motion for Early Termination of Supervised Release (Dkt. #40) is GRANTED and his term of supervised release is terminated effective immediately pursuant to 18 U.S.C. § 3583(e).

DATED this 31st day of January, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge